63 P.3d 433

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

Mizukami v. Mizukami  . . . . . . . . . . 24327,     02/18/2003   Denied
                                        24442